Michael TRUETT, Plaintiff—Appellant,

v.

S–B POWER TOOL CO., Defendant—
Appellee.

No. 01–5054.

United States Court of Appeals,
Sixth Circuit.

June 3, 2002.

Before KRUPANSKY and BOGGS, Circuit Judges;  HOOD,* District Judge.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, it is therefore ORDERED that said judgment be and it hereby is affirmed.

---

* The Honorable Joseph M. Hood, U.S. District Judge for the Eastern District of Kentucky,  sitting by designation.